FILED

2024 Aug-09  PM 12:55
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF
## ALABAMA NORTHEASTERN DIVISION

| | | |
|---|---|---|
| Natalie Greene, | | |
| Matt Greene, | ) | |
| | ) | |
| Plaintiffs, | ) | Civil Action No.: |
| | ) | |
| vs. | ) | JURY TRIAL DEMANDED |
| | ) | |
| Jason Edward Cornelius, | ) | |
| Alfa Insurance Corporation., | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

---

## COMPLAINT

---

**COMES NOW**, Natalie Greene and Matt Greene, by and through their undersigned counsel, and complain of the named Defendants, Jason Edward Cornelius ("Cornelius") and Alfa Insurance Corporation ("Alfa") as follows:

## PRELIMINARY STATEMENT

This action involves a motor vehicle collision that occurred on August 10, 2023, in Madison County, Alabama.

## PARTIES

1

1. Natalie Greene is over the age of nineteen (19) years and is domiciled in the state of Georgia.

2. Matt Greene is over the age of nineteen (19) years and is domiciled in the state of Georgia and is the husband of Plaintiff Natalie Greene.

3. Jason Cornelius is over the age of nineteen (19) years and is domiciled in the state of Alabama.

4. Alfa Insurance Corporation is incorporated in the State of Alabama and its principal place of business is in Montgomery, Alabama.

## JURISDICTION AND VENUE

5. This Court has jurisdiction over this action pursuant to 28 U.S.C. § 1332(a)(1), in that this is a civil action between a citizens of Georgia and citizens of Alabama.

6. The amount in controversy exceeds $75,000 excluding interest and cost.

7. The actions alleged herein took place in the Northeastern Division of the Northern District of Alabama.

8. Venue in this Court is proper pursuant to 28 U.S.C § 1391(b)(2) and the Local Rules of the United States District for the Northern District of Alabama. Defendants are subject to personal jurisdiction in the Northern District of Alabama.

## FACTS

9. On or about August 10th, 2023, Plaintiff Natalie Greene was travelling east in the left lane of I-565 near Halsey Ave NE in Huntsville, AL when traffic began to slow to almost a complete stop in front of her.

10. As a result, Plaintiff Natalie Greene began to slow her vehicle.

11. Defendant Cornelius attempted to merge his vehicle into her lane from the rear but failed to keep a proper lookout for the traffic in front of him.

12. As a result, Defendant Cornelius struck the rear of her vehicle.

13. The collision caused significant damage to both vehicles and caused a chain reaction of collisions with multiple other vehicles.

14. The Plaintiff's vehicle was deemed a total loss due to the damage.

15. As a result of the collision, Plaintiff Natalie Greene sustained significant injuries.

## COUNT I

### Negligence as to Jason Cornelius

16. Plaintiff adopt and realleges paragraphs 1-15 as fully set out here in full.

17. On the aforementioned date and time, Defendant Cornelius negligently operated a motor vehicle causing it to strike Plaintiff Natalie Greene's vehicle because Defendant Cornelius failed to keep a proper lookout to the traffic in front of him.

18. As a direct and proximate result of the negligence of the Defendant Cornelius, Plaintiff Natalie Greene was caused to suffer the following injuries and damages, including, but not limited to:

   a. Injuries to her neck and back, bruising;

   b. A non-ruptured brain aneurism;

   c. A traumatic brain injury, and concussion with post-concussion syndrome.

   d. Physical pain and mental anguish and will in the future suffer from physical pain and anguish;

   e. Incursion of medical bills in excess of $68,000 for treatment of her injuries, and may incur future medical expenses;

   f. Plaintiff was prevented from going about her normal and usual activities and her normal enjoyment of life, and will be prevented in the future from going about her normal activities and normal enjoyment of life;

19. Plaintiff alleges that the negligent conduct of this Defendant proximately and directly caused the Plaintiffs' injuries as set forth herein.

**WHEREFORE**, premises considered, the Plaintiff claims of this Defendant in an amount sufficient to compensate her for her injuries and such other and further relief as this Court deems appropriate.

## COUNT I

### Wantonness as to Jason Cornelius

20. Plaintiff adopt and realleges paragraphs 1-15 as fully set out here in full.

21. On the aforementioned date and time, Defendant Cornelius wantonly operated a motor vehicle causing it to strike Plaintiff Natalie Greene's vehicle because Defendant Cornelius failed to keep a proper lookout to the traffic in front of him.

22. As a direct and proximate result of the wantonness of the Defendant Cornelius, Plaintiff Natalie Greene was caused to suffer the following injuries and damages, including, but not limited to:

   a. Injuries to her neck and back, bruising;

   b. A non-ruptured brain aneurism;

   c. A traumatic brain Injury, and concussion with post-concussion syndrome.

   d. Physical pain and mental anguish and will in the future suffer from physical pain and anguish;

   e. Incursion of medical bills in excess of $68,000 for treatment of her injuries, and may incur future medical expenses;

   f. Plaintiff was prevented from going about her normal and usual activities and her normal enjoyment of life, and will be prevented in the

future from going about her normal activities and normal enjoyment of life;

23. Plaintiff alleges that the negligent conduct of this Defendant proximately and directly caused the Plaintiffs' injuries as set forth herein.

**WHEREFORE**, premises considered, the Plaintiff claims of this Defendant in an amount sufficient to compensate her for her injuries, punitive damages and such other and further relief as this Court deems appropriate.

## COUNT II

### Underinsured Motorist Coverage Against Defendant Alfa Insurance Corporation

24. Plaintiff adopts and realleges paragraphs 1-15 as if fully set out in this count.

25. Alfa Insurance Corporation insured Plaintiff Natalie Greene under a policy providing underinsured motorist coverage applicable to the motor vehicle collision which resulted in Plaintiff's injuries.

26. Plaintiff is entitled to recover against Defendant Alfa up to the extent of its coverage for damages for bodily injuries, proximately caused by the underinsured motorist, as described in this Complaint.

27. Plaintiff alleges that the negligent or wanton conduct of Defendant Cornelius proximately and directly caused the Plaintiff's injuries as set forth herein.

## COUNT III: Loss of Consortium Against Defendant Cornelius by Plaintiff Matt Greene

28. Plaintiff Matt Greene adopts and realleges paragraphs 1-15 as if fully set out in this count.

29. Plaintiff Matt Greene, husband of Plaintiff Natalie Greene, brings this claim for the loss of consortium and loss of companionship of his wife, Plaintiff Natalie Greene.

30. As a result of the injuries caused by the Defendant Cornelius to Natalie Greene as described in this complaint, the marital relationship of Plaintiff Matt Greene has suffered as Natalie Greene has been unable to provide the love and companionship to her husband that she did prior to suffering the injuries alleged above.

31. This loss of consortium will continue in the future as Natalie Greene's injuries may be permanent.

32. Said Defendant's actions proximately caused the damages to Plaintiff Matt Greene.

**WHEREFORE**, premises considered, the Plaintiff claims of this Defendant in an amount sufficient to compensate her for her injuries, and such other and further relief as this Court deems appropriate.

## Jury Demand

7

**PLAINTIFF DEMANDS A JURY FOR THE TRIAL OF THIS ACTION.**


Respectfully Submitted:

/s/Jeremy Schatz
D. Jeremy Schatz (SCH154)
*Attorney for Plaintiff*

**OF COUNSEL:**
Virtus Law Group
2017 Morris Ave Ste 100
Birmingham, AL 35203
Phone: 205-946-1924
Email: js@vlgal.com


*CLERK PLEASE SERVE DEFENDANTS AT THE FOLLOWING ADDRESSES*:

Alfa Insurance Corporation
c/o Angela L. Bradwell
2108 East South Boulevard
Montgomery, AL 36116

Jason Edward Cornelius
603 Bakers Chapel Lane
Guntersville, AL 35976